Onewest Bank FSB v Thomas (2025 NY Slip Op 05691)

Onewest Bank FSB v Thomas

2025 NY Slip Op 05691

Decided on October 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
CARL J. LANDICINO
PHILLIP HOM, JJ.

2023-07717
2023-07718
 (Index No. 53093/14)

[*1]Onewest Bank FSB, respondent, 
v
Jaimon Thomas, et al., appellants, et al., defendants.

Clair Gjertsen & Weathers PLLC, White Plains, NY (Mary Aufrecht of counsel), for appellants.
Stradley Ronon Stevens & Young, LLP, New York, NY (Catherine Gran of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendants Jaimon Thomas and Mary Thomas appeal from two orders of the Supreme Court, Westchester County (David F. Everett, J.), both dated June 16, 2023. The first order, after a nonjury trial, granted the plaintiff's motion for an order of reference and denied the cross-motion of the defendants Jaimon Thomas and Mary Thomas to dismiss the complaint insofar as asserted against them as abandoned pursuant to 22 NYCRR 202.48(b). The second order granted the same relief to the plaintiff and appointed a referee to compute the amount due to the plaintiff.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeals from the orders must be dismissed because the right of direct appeal therefrom terminated with the entry of the order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeals from the orders are brought up for review and have been considered on the related appeal from the order and judgment of foreclosure and sale (see Onewest Bank FSB v Thomas, _____ AD3d _____ [Appellate Division Docket No. 2024-10205; decided herewith]; CPLR 5501[a][1]).
DUFFY, J.P., MILLER, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court